454 A.2d 150

Commonwealth v. Barclay, Appellant.
Petition for Allowance of Appeal
Denied April 4, 1983.

Submitted December 9, 1981. William P. Fedullo, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

454 A.2d 150

Commonwealth v. Barnhart, Appellant.

Submitted June 24, 1981. Francis M. Socha, Assistant Public Defender, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Judgment of sentence dated February 15, 1980 affirmed.